| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | JOHN D. PERNICK (SBN 1554680 |
| 2 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 3 | Telephone:  (415) 393-2000 |
|   | Facsimile:  (415) 393-2286 |
| 4 | john.pernick@bingham.com |
| 5 | Attorneys for Defendant |
|   | MAUPINTOUR HOLDING, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA, | No. C07-3432SBA |
| Plaintiff, | STIPULATION OF VOLUNTARY DISMISSAL OF MAUPINTOUR HOLDING, LLC PURSUANT TO FED. R. CIV. P. 41(a) |
| v. | |
| HOTELS.COM, L.P., et al., | |
| Defendants. | |

Pursuant to Federal Rule Civil Procedure 41(a)(1)(ii), Plaintiff City of Oakland, California and Defendant Maupintour Holding, LLC stipulate that Maupintour Holding, LLC is hereby dismissed without prejudice.

ACTIVE/72200305.1                                                                                                    No. C07-3432SBA

STIPULATION FOR DISMISSAL

1 | DATED: September 10, 2007

2

   Bingham McCutchen LLP

3

4

5 | By: _____/s/ John D. Pernick_____
   John D. Pernick
6 | Attorneys for Defendant
   MAUPINTOUR HOLDING, LLC
7

8 | DATED: September 10, 2007

9

   The Sturdevant Law Firm
10 | A Professional Corporation

11 | Lamar, Archer & Cofrin, LLP

12 | Vroon & Crongeyer, LLP

13

14

   By: _____/s/ Whitney Huston_____
15 | Whitney Huston
   Attorneys for Plaintiff
16 | CITY OF OAKLAND, CALIFORNIA

17

18

19

20

21

22

23

24 | Other signatories:    Whitney Huston

25 | <u>Attest</u>: I, John D. Pernick, attest that Whitney Huston has signed the original of this stipulation and that she concurs in the filing hereof.

26

27

28

ACTIVE/72200305.1                    2                    No. C07-3432SBA

STIPULATION FOR DISMISSAL