1  Craig E. Stewart (State Bar No. 129530)
   Martha A. Boersch (State Bar No. 126569)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700
   E-mails:      cestewart@jonesday.com
5                mboersch@jonesday.com

6  James P. Karen (*pro hac vice* application to be submitted)
   Deborah S. Sloan (*pro hac vice* application to be submitted)
7  JONES DAY
   2727 North Harwood Street
8  Dallas, Texas  75201
   Telephone:    (214) 220-3939
9  Facsimile:    (214) 969-5100
   E-mails:      jkaren@jonesday.com
10               dsloan@jonesday.com

11 Attorneys for Defendants Expedia, Inc.;
   Hotels.com, L.P.; and TravelNow.com, Inc.
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 | CITY OF OAKLAND, CALIFORNIA,        | **Case No. 4:07-CV-03432-SBA**
17 |         Plaintiff,                  | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
18 |    v.                               |
19 | HOTELS.COM, L.P., *et al.*,         |
20 |         Defendant.                  |

21

22      On behalf of Defendants Expedia, Inc., Hotels.com, L.P., and TravelNow.com, Inc., and

23 pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, the following listed

24 persons, associations of persons, firms, partnerships, corporations (including parent corporations)

25 or other entities have a financial interest in the subject matter in controversy or in a party to the

26 proceeding:

27      1.     Expedia, Inc., a Delaware corporation, is the parent company of Defendant

28 Expedia, Inc., a Washington corporation.  No other publicly held company owns ten percent or

DLI-6140598v1

- 1 -

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
Case No. 4:07-CV-03432-SBA

1  more of the stock of Defendant Expedia, Inc. (a Washington corporation).

2.  Defendant TravelNow.com, Inc., a Delaware corporation, is a wholly owned subsidiary of Hotels.com, a Delaware corporation.  Expedia, Inc., a Delaware corporation, is the parent company of Hotels.com and, therefore, indirectly owns all of the issued and outstanding shares of Defendant TravelNow.com, Inc.  No other publicly held company owns ten percent or more of Defendant TravelNow.com, Inc.'s stock.

3.  Defendant Hotels.com, L.P., is a Texas limited partnership.  Hotels.com GP, LLC, a Texas limited liability company, and HRN 99 Holdings, LLC, a New York limited liability company, are the General and Limited Partner, respectively, of Defendant Hotels.com, L.P.  Both Hotels.com GP, LLC and HRN 99 Holdings, LLC are wholly-owned subsidiaries of Hotels.com, a Delaware corporation.  Expedia, Inc., a Delaware corporation, is the parent company of Hotels.com and, as such, indirectly owns 100% of the partnership units of Defendant Hotels.com, L.P.  No other publicly held company owns ten percent or more of the partnership units of Defendant Hotels.com, L.P.

Dated:  September 12, 2007

JONES DAY

 */s/  Craig E. Stewart*
Craig E. Stewart

Attorneys for Defendants Expedia, Inc.; Hotels.com, L.P.; and TravelNow.com, Inc.