1  Craig E. Stewart (State Bar No. 129530)
   Martha A. Boersch (State Bar No. 126569)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, California  94104
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700
   E-mails:      cestewart@jonesday.com
5                mboersch@jonesday.com

6  James P. Karen (*pro hac vice* application to be submitted)
   Deborah S. Sloan (*pro hac vice* application to be submitted)
7  JONES DAY
   2727 North Harwood Street
8  Dallas, Texas  75201
   Telephone:    (214) 220-3939
9  Facsimile:    (214) 969-5100
   E-mails:      jkaren@jonesday.com
10               dsloan@jonesday.com

11 Attorneys for Defendants Expedia, Inc.;
   Hotels.com, L.P.; and TravelNow.com, Inc.
12

13

14                       UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16

17 | CITY OF OAKLAND, CALIFORNIA,       | **Case No. 4:07-CV-03432-SBA** |
   |                                    |                                |
18 |             Plaintiff,             | **ADR CERTIFICATION BY**       |
   |                                    | **EXPEDIA, INC.; HOTELS.COM,** |
19 |        v.                          | **L.P.; TRAVELNOW.COM, INC.**  |
   |                                    | **AND COUNSEL**                |
20 | HOTELS.COM, L.P., *et al.*,        |                                |
   |                                    |                                |
21 |             Defendants.            |                                |

22

23      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that

24 he or she has:

25      (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District*

26 *of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed*

27 *copies are available from the clerk's office for parties in cases no subject to the court's*

28 *Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 12, 2007        */s/ Bob Dzielak*
Bob Dzielak

Assistant General Counsel - Litigation, Expedia, Inc. on behalf of Expedia, Inc.; Hotels.com, L.P.; and TravelNow.com, Inc.

Dated: September 12, 2007        JONES DAY

*/s/ Craig E. Stewart*
Craig E. Stewart

Attorneys for Defendants Expedia, Inc.; Hotels.com, L.P.; and TravelNow.com, Inc.

### **ATTESTATION UNDER GENERAL ORDER 45**

I, Craig Stewart, am the ECF User whose ID and password are being used to file this ADR Certification by Expedia, Inc.; Hotels.com, L.P.; TravelNow.com, Inc. and Counsel, on behalf of Bob Dzielak of Expedia, Inc. Pursuant to General Order 45, § X(B), I hereby attest that Bob Dzielak has concurred in this filing.

*/s/ Craig Stewart*
Craig E. Stewart