1  DARREL J. HIEBER (CA Bar No. 100857)
   *dhieber@skadden.com*
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, California 90071-3144
   Tel: (213) 687-5000
4  Fax: (213) 687-5600

5  Attorneys for Defendants
   PRICELINE.COM INC., TRAVELWEB LLC
6  and LOWESTFARE.COM INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>HOTELS.COM, L.P., *et al.*,<br><br>Defendants. | Case No. 4:07-CV-03432-SBA<br><br>**ADR CERTIFICATION BY PRICELINE.COM INC., LOWESTFARE.COM INC., TRAVELWEB LLC AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases no subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

Dated: September 12, 2007            _/s/ Peter J. Millones Jr._____
                                     Peter J. Millones Jr.

                                     Executive Vice President & General Counsel
                                     priceline.com Incorporated


Dated: September 12, 2007            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


                                     _/s/ Darrel J. Hieber_____
                                     Darrel J. Hieber

                                     Attorneys for Defendant priceline.com Incorporated and
                                     subsidiaries Lowestfare.com Incorporated and
                                     Travelweb LLC


### ATTESTATION UNDER GENERAL ORDER 45

I, Darrel J. Hieber, am the ECF User whose ID and password are being used to file this ADR Certification by priceline.com Incorporated, Lowestfare.com Incorporated and Travelweb LLC and Counsel, on behalf of Peter J. Millones Jr. of priceline.com Incorporated. Pursuant to General Order 45, I hereby attest that Peter J. Millones Jr. has concurred in this filing.


                                     _/s/ Darrel J. Hieber_____
                                     Darrel J. Hieber