DARREL J. HIEBER (CA Bar No. 100857)
dhieber@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendants
PRICELINE.COM INC., TRAVELWEB LLC and
LOWESTFARE.COM INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>HOTELS.COM, L.P., *et al.*,<br><br>Defendants. | Case No. 4:07-CV-03432-SBA<br><br>CERTIFICATION OF<br>INTERESTED ENTITIES<br>OR PERSONS |

On behalf of Defendants priceline.com Incorporated, Lowestfare.com Incorporated and Travelweb LLC, and pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 12, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Darrel J. Hieber
Darrel J. Hieber  (State Bar No. 100857)

Attorneys for Defendants
PRICELINE.COM INCORPORATED,
LOWESTFARE.COM INCORPORATED and
TRAVELWEB LLC