1  DARREL J. HIEBER (CA Bar No. 100857)
   *dhieber@skadden.com*
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, California 90071-3144
   Tel: (213) 687-5000
4  Fax: (213) 687-5600

5  Attorneys for Defendants
   PRICELINE.COM INC., TRAVELWEB LLC and
6  LOWESTFARE.COM INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11
   CITY OF OAKLAND, CALIFORNIA,              Case No. 4:07-CV-03432-SBA
12
                Plaintiff,                   CERTIFICATE OF SERVICE
13
        v.
14
   HOTELS.COM, L.P., *et al.*,
15
                Defendants.
16

17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

*City of Oakland, California v. Hotels.com, L.P., et al.*
Case No. : 4:07-CV-03432-SBA

I, the undersigned, state that I am employed in the City and County of Los Angeles, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, 34th Floor, Los Angeles, California 90071; and that on September 12, 2007, I served a true copy of:

(1)     **ADR CERTIFICATION BY PRICELINE.COM INC., LOWESTFARE.COM INC., TRAVELWEB LLC AND COUNSEL;**

(2)     **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;**

(3)     **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS;**

(4)     **PROOF OF SERVICE**

by the following means of service:

**BY E-FILE & SERVE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have e-served the foregoing documents.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **September 12, 2007**, at Los Angeles, California.

                                        /s/ Dwight Hines
                                        DWIGHT HINES