MATTHEW OSTER (CA Bar No. 190541)
*moster@mwe.com*
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, 38th Floor
Los Angeles, California  90067
Telephone:   (310) 277-4110
Facsimile:    (310) 277-4730

Paul E. Chronis (*pro hac vice* application to be submitted)
*pchronis@mwe.com*
Elizabeth B. Herrington (*pro hac vice* application to be submitted)
*eherrington@mwe.com*
**MCDERMOTT WILL & EMERY LLP**
227 West Monroe Street
Chicago, Illinois 60606
Telephone:   (312) 372-2000
Facsimile:    (312) 984-7700

Attorneys for Defendants
ORBITZ, INC., ORBITZ, LLC,
TRAVELPORT AMERICAS, LLC (f/k/a
CENDANT TRAVEL DISTRIBUTION
SERVICES GROUP, INC.), TRIP NETWORK,
INC. (d/b/a CHEAPTICKETS.COM), and
INTERNETWORK PUBLISHING CORP.
(d/b/a LODGING.COM)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>                    Plaintiff,<br><br>          v.<br><br>HOTELS.COM, L.P., *et al.*,<br><br>                    Defendants. | Case No. 4:07-CV-03432-SBA<br><br>**ADR CERTIFICATION BY ORBITZ, INC., ORBITZ, LLC, TRAVELPORT AMERICAS, LLC (f/k/a CENDANT TRAVEL DISTRIBUTION SERVICES GROUP, INC.), TRIP NETWORK, INC. (d/b/a CHEAPTICKETS.COM), INTERNETWORK PUBLISHING CORP. (d/b/a LODGING.COM) AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(**1**) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(**2**) Discussed the available dispute resolution options provided by the Court and private entities; and

(**3**) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:  September 12, 2007              */s/ Karen Klein*
                                        Karen Klein

                                        Group Vice President - Legal
                                        Orbitz Worldwide

Dated:  September 12, 2007              MCDERMOTT WILL & EMERY LLP


                                        */s/  Matthew Oster*
                                        Matthew Oster

                                        Attorneys for Defendants Orbitz, Inc., Orbitz, LLC, Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.), Trip Network, Inc. (d/b/a Cheaptickets.com),and Internetwork Publishing Corp. (d/b/a Lodging.com)

## ATTESTATION UNDER GENERAL ORDER 45

I, Matthew Oster, am the ECF User whose ID and password are being used to file this ADR Certification by Orbitz, Inc., Orbitz, LLC, Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.), Trip Network, Inc. (d/b/a Cheaptickets.com), and Internetwork Publishing Corp. (d/b/a Lodging.com) and Counsel, on behalf of Karen Klein of Orbitz Worldwide.  Pursuant to General Order 45, I hereby attest that Karen Klein has concurred in this filing.

_/s/ Matthew Oster_
Matthew Oster