MATTHEW OSTER (CA Bar No. 190541)
*moster@mwe.com*
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, 38th Floor
Los Angeles, California  90067
Telephone:   (310) 277-4110
Facsimile:    (310) 277-4730

Brian S. Stagner (*pro hac vice* application to be submitted)
*brian.stagner@khh.com*
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 878-3567
Facsimile: (817) 878-9767

ATTORNEYS FOR TRAVELOCITY.COM, L.P., TRAVELOCITY.COM, INC., SITE59.COM, LLC, and SABRE HOLDINGS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>HOTELS.COM, L.P., *et al.*,<br><br>Defendants. | Case No. 4:07-CV-03432-SBA<br><br>**ADR CERTIFICATION BY TRAVELOCITY.COM, L.P., TRAVELOCITY.COM, INC., SITE59.COM, LLC, SABRE HOLDINGS CORP. AND COUNSEL** |

LAS99 1518768-1.059735.0080                    1

ADR Cert. of Travelocity.com, LP,
Travelocity.com, Inc., Site59.com, LLC,
Sabre Holdings Corp. & Counsel
Case no. 4:07-CV-03432-SBA

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 12, 2007       /s/ Scott Roberts
                                Scott Roberts
                                Assistant General Counsel
                                Travelocity.com, Inc.

Dated: September 12, 2007       MCDERMOTT WILL & EMERY LLP


                                 /s/ Matthew Oster
                                Matthew Oster

                                Attorneys for Travelocity.com, LP,
                                Travelocity.com, Inc., Site59.com, LLC, and
                                Sabre Holdings Corp.

**ATTESTATION UNDER GENERAL ORDER 45**

I, Matthew Oster, am the ECF User whose ID and password are being used to file this ADR Certification by Travelocity.com, LP, Travelocity.com, Inc., Site59.com, LLC, Sabre Holdings Corp. and Counsel, on behalf of Scott Roberts of Travelocity.com, Inc.  Pursuant to General Order 45, I hereby attest that Scott Roberts has concurred in this filing.

*/s/ Matthew Oster*
Matthew Oster