UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>HOTELS.COM, L.P., et al.,<br><br>    Defendants. | Case No. 4:07-CV-03432-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties[1] agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐ Private ADR (please identify process and provider) _____

The parties agree to hold the ADR sessions by:

☐ the presumptive deadline *(The deadline is 90 dyas from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline: 60 days from the ruling on Defendants' motion to dismiss, if that motion is not granted in its entirety.

---

[1] Defendant Hotels.com GP, LLC has not yet been served with the Complaint.

| | | |
|---|---|---|
| 1 | Dated: September 12, 2007 | THE STURDEVANT LAW FIRM |
| 2 | | */s/ Monique Olivier* |
| | | Monique Olivier (State Bar No. 190385) |
| 3 | | |
| 4 | | Attorneys for Plaintiff<br>CITY OF OAKLAND |
| 5 | | |
| 6 | Dated: September 12, 2007 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 7 | | */s/ Darrel J. Hieber*<br>Darrel J. Hieber (State Bar No. 100857) |
| 8 | | Attorneys for Defendants |
| 9 | | PRICELINE.COM INCORPORATED,<br>LOWESTFARE.COM INCORPORATED and<br>TRAVELWEB LLC |
| 10 | | |
| 11 | Dated: September 12, 2007 | JONES DAY |
| 12 | | */s/ Craig E. Stewart*<br>Craig E. Stewart (State Bar No. 129530) |
| 13 | | |
| 14 | | Attorneys for Defendants<br>EXPEDIA, INC., TRAVELNOW.COM, INC. and<br>HOTELS.COM, L.P. |
| 15 | | |
| 16 | Dated: September 12, 2007 | McDERMOTT WILL & EMERY LLP |
| 17 | | */s/ Matthew Oster*<br>Matthew Oster (State Bar No. 190541) |
| 18 | | |
| 19 | | Attorneys for Defendants<br>ORBITZ, INC., ORBITZ, LLC, TRIP NETWORK, INC. (D/B/A CHEAPTICKETS.COM), INTERNETWORK PUBLISHING CORP. (D/B/A LODGING.COM), TRAVELPORT AMERICAS, LLC (F/K/A CENDANT TRAVEL DISTRIBUTION SERVICES GROUP, INC.), TRAVELOCITY.COM, L.P., TRAVELOCITY.COM, INC., SITE59.COM, LLC, and SABRE HOLDINGS CORP. |

**ATTESTATION UNDER GENERAL ORDER 45**

I, DARREL J. HIEBER, hereby declare pursuant to General Order 45 that I have obtained the concurrence in the filing of this document from each of the other signatories listed above.

I hereby attest that the foregoing attestation is true and corrected.

Executed on September 12, 2007, in Los Angeles, California.

*/s/ Darrel J. Hieber*
Darrel J. Hieber

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other ~~60 DAYS FROM~~ DATE OF RULING ON THE DEFENDANT'S MOTION TO DISMISS IF SUCH IS NOT GRANTED.

IT IS SO ORDERED.

Dated: 9/14/07                    *[signature: Saundra B. Armstrong]*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. 4:07-CV-03432-SBA