1  DARREL J. HIEBER (CA Bar No. 100857)
   *dhieber@skadden.com*
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, California 90071-3144
   Tel: (213) 687-5000
4  Fax: (213) 687-5600

5  Attorneys for Defendants
   PRICELINE.COM INCORPORATED,
6  LOWESTFARE.COM INCORPORATED,
   and TRAVELWEB LLC
7
   [Additional counsel listed on the signature page]
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                            OAKLAND DIVISION
11

12  CITY OF OAKLAND, CALIFORNIA,              Case No. 4:07-CV-03432-SBA

13              Plaintiff,                    **STIPULATION AND [PROPOSED]
                                             ORDER SETTING SCHEDULE
14       v.                                   FOR DEFENDANTS' RESPONSE
                                             TO THE COMPLAINT AND
15  HOTELS.COM, L.P., *et al.*,               BRIEFING SCHEDULE**

16              Defendants.

17

18                              **RECITALS**

19       WHEREAS, Plaintiff filed its Complaint and demand for jury trial on June 29, 2007.

20       WHEREAS, certain of the Defendants have agreed to waive service of process in exchange

21  for the agreed dates of response to the Complaint set forth herein, and Defendant TravelNow.com,

22  Inc. has been served by Plaintiff not more than twenty (20) days prior to today.

23       WHEREAS, Defendants have indicated their intent to file a motion to dismiss Plaintiff's

24  claims.

25       WHEREAS, the parties have conferred and reached agreement that the complex legal

26  issues presented in Plaintiff's Complaint necessitate extending the time frames set in the Federal

27  Rules and Local Rule 7-2(a) to the dates agreed below.

28
                                   1

WHEREAS, the parties have conferred and reached agreement regarding a briefing schedule setting the dates by which Defendants Hotels.com, L.P., Trip Network, Inc. (d/b/a Cheaptickets.com), incorrectly named as Trip Network, Inc. (d/b/a Cheap Tickets, Inc.), Expedia, Inc., Internetwork Publishing Corp. (d/b/a Lodging.com), Lowestfare.com Incorporated, Orbitz, LLC, priceline.com Incorporated, Site59.com, LLC, Travelocity.com, L.P. and Travelweb LLC (collectively, the online travel companies or "OTC Defendants"), will answer, move, or otherwise respond to Plaintiff's Complaint, as well as setting the dates for briefing and hearing of such motion.

WHEREAS, the parties have conferred and reached agreement that the OTC Defendants will answer, move or otherwise respond to the Complaint by September 18, 2007, Plaintiff shall respond by October 9, 2007, if necessary, the OTC Defendants may file a Reply by October 23, 2007, and the OTC Defendants will notice any motion to dismiss for hearing on November 6, 2007, subject to the Court's availability and approval.

WHEREAS, the OTC Defendants have represented that they will collectively file one motion to dismiss, and the parties have conferred and reached agreement that, because of the complex legal issues and number of OTC Defendants, the briefing limitations of Local Rules 7-2 and 7-3 should be expanded such that the memorandum in support of the motion to dismiss and Plaintiff's response thereto shall be no longer than 30 pages, and the reply brief, if necessary, shall be no longer than 20 pages.

WHEREAS, certain Defendants have indicated to Plaintiff that they believe themselves to be wrongly named in the Complaint, and are discussing with Plaintiff's counsel whether they might be voluntarily dismissed without prejudice.  These Defendants are TravelNow.com, Inc., Orbitz, Inc., Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.), incorrectly named as Travelport, Inc. (f/k/a Cendant Travel Distribution Services Group, Inc.), Sabre Holdings Corporation and Travelocity.com, Inc. (collectively, the "Non-OTC Defendants").

WHEREAS, the parties have conferred and reached agreement that they will need additional time to evaluate the potential voluntary dismissal of the Non-OTC Defendants, and they

2

STIPULATION AND [PROPOSED] ORDER SETTING
SCHEDULE FOR DEFENDANTS' RESPONSE TO THE
COMPLAINT AND BRIEFING SCHEDULE
CASE NO. 4:07-CV-03432-SBA

1  have reached agreement that the Non-OTC Defendants will answer, move or otherwise respond to

2  the Complaint by September 28, 2007, if not dismissed voluntarily prior to that date.

3      WHEREAS, a case management conference is scheduled for this matter on October 3, 2007

4  at 2:30 p.m., and no other schedules, orders, or time modifications have been issued in this matter.

5                                                **STIPULATION**

6      Plaintiff, through its attorneys of record, and Defendants, through their attorneys of record,

7  hereby stipulate to the following schedule, and request that the Court make this stipulation an order

8  of the Court:

9      **(1)** The Non-OTC Defendants shall answer or otherwise respond to Plaintiff's

10  Complaint no later than September 28, 2007 if they have not been otherwise dismissed voluntarily

11  prior to that date.

12      **(2)** The OTC Defendants shall answer or otherwise respond to Plaintiff's Complaint no

13  later than September 18, 2007.  Should the OTC Defendants move to dismiss the Complaint, their

14  memorandum in support of such motion shall be no longer than 30 pages, and shall be noticed for

15  hearing on November 6, 2007, or such other time as the Court directs.

16      **(3)** Plaintiff shall file its response, if necessary, by October 9, 2007, and said response

17  shall be no longer than 30 pages.

18      **(4)** The OTC Defendants shall file their reply, if necessary by October 23, 2007, and

19  said reply shall be no longer than 20 pages.

20  Dated:  September 14, 2007                    THE STURDEVANT LAW FIRM

21                                               */s/ Monique Olivier*
                                                 _____
22                                               Monique Olivier (State Bar No. 190385)

23                                               Attorneys for Plaintiff
                                                 CITY OF OAKLAND

24

25

26

27

28
                                             3

1  Dated:  September 14, 2007                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

2                                            _/s/  Darrel J. Hieber_
                                            Darrel J. Hieber  (State Bar No. 100857)
3
                                            Attorneys for Defendants
4                                           PRICELINE.COM INCORPORATED,
                                            LOWESTFARE.COM INCORPORATED and
5                                           TRAVELWEB LLC

6
   Dated:  September 14, 2007                JONES DAY
7
                                            _/s/  Craig E. Stewart_
8                                           Craig E. Stewart  (State Bar No. 129530)

9                                           Attorneys for Defendants
                                            EXPEDIA, INC., TRAVELNOW.COM, INC. and
10                                          HOTELS.COM, L.P.

11
   Dated:  September 14, 2007                McDERMOTT WILL & EMERY LLP
12
                                            _/s/  Matthew Oster_
13                                          Matthew Oster (State Bar No. 190541)

14                                          Attorneys for Defendants
                                            ORBITZ, INC., ORBITZ, LLC, TRIP NETWORK,
15                                          INC. (D/B/A CHEAPTICKETS.COM),
                                            INTERNETWORK PUBLISHING CORP. (D/B/A
16                                          LODGING.COM), TRAVELPORT AMERICAS, LLC
                                            (F/K/A CENDANT TRAVEL DISTRIBUTION
17                                          SERVICES GROUP, INC.), TRAVELOCITY.COM,
                                            L.P., TRAVELOCITY.COM, INC., SITE59.COM,
18                                          LLC, and SABRE HOLDINGS CORP.

19

20                     __ATTESTATION UNDER GENERAL ORDER 45__

21        I, DARREL J. HIEBER, hereby declare pursuant to General Order 45 that I have obtained

22  the concurrence in the filing of this document from each of the other signatories listed above.

23        I hereby attest that the foregoing attestation is true and corrected.

24        Executed on September 14, 2007, in Los Angeles, California.

25                                          _/s/ Darrel J. Hieber_
                                            Darrel J. Hieber
26

27

28                                          STIPULATION AND [PROPOSED] ORDER SETTING
                                            SCHEDULE FOR DEFENDANTS' RESPONSE TO THE
                                            COMPLAINT AND BRIEFING SCHEDULE
                                            CASE NO. 4:07-CV-03432-SBA

                              4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA, | Case No. 4:07-CV-03432-SBA |
| Plaintiff, | **STIPULATION AND ORDER SETTING SCHEDULE FOR DEFENDANTS' RESPONSE TO THE COMPLAINT AND BRIEFING SCHEDULE** |
| v. | |
| HOTELS.COM, L.P., *et al.*, | |
| Defendants. | |

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

      1.      Defendants TravelNow.com, Inc., Orbitz, Inc., Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.), incorrectly named as Travelport, Inc. (f/k/a Cendant Travel Distribution Services Group, Inc.), Sabre Holdings Corporation and Travelocity.com, Inc., shall answer or otherwise respond to Plaintiff's Complaint no later than September 28, 2007 if they have not been otherwise dismissed voluntarily prior to that date.

      2.      Defendants Hotels.com, L.P., Trip Network, Inc. (d/b/a Cheaptickets.com), incorrectly named as Trip Network, Inc. (d/b/a Cheap Tickets, Inc.), Expedia, Inc., Internetwork Publishing Corp. (d/b/a Lodging.com), Lowestfare.com Incorporated, Orbitz, LLC, priceline.com Incorporated, Site59.com, LLC, Travelocity.com, L.P. and Travelweb LLC (collectively, the "OTC Defendants") shall answer or otherwise respond to Plaintiff's Complaint no later than September 18, 2007;

      3.      Should the OTC Defendants move to dismiss Plaintiff's Complaint, any memorandum filed in support of such motion shall not exceed 30 pages;

      4.      Should the OTC Defendants move to dismiss Plaintiff's Complaint, Plaintiff shall file its response, not to exceed 30 pages, on or before October 9, 2007;

STIPULATION AND [PROPOSED] ORDER SETTING
SCHEDULE FOR DEFENDANTS' RESPONSE TO THE
COMPLAINT AND BRIEFING SCHEDULE
CASE NO. 4:07-CV-03432-SBA

5. Should Plaintiff oppose the OTC Defendants' motion to dismiss, Defendants shall file their reply, not to exceed 20 pages, on or before October 23, 2007.

DATED: September __, 2007

_____
Hon. Saundra B. Armstrong