UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>HOTELS.COM, L.P., *et al.*,<br><br>    Defendants. | Case No. 4:07-CV-03432-SBA<br><br>**STIPULATION AND ORDER SETTING SCHEDULE FOR DEFENDANTS' RESPONSE TO THE COMPLAINT AND BRIEFING SCHEDULE** |

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

1. Defendants TravelNow.com, Inc., Orbitz, Inc., Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.), incorrectly named as Travelport, Inc. (f/k/a Cendant Travel Distribution Services Group, Inc.), Sabre Holdings Corporation and Travelocity.com, Inc., shall answer or otherwise respond to Plaintiff's Complaint no later than September 28, 2007 if they have not been otherwise dismissed voluntarily prior to that date.

2. Defendants Hotels.com, L.P., Trip Network, Inc. (d/b/a Cheaptickets.com), incorrectly named as Trip Network, Inc. (d/b/a Cheap Tickets, Inc.), Expedia, Inc., Internetwork Publishing Corp. (d/b/a Lodging.com), Lowestfare.com Incorporated, Orbitz, LLC, priceline.com Incorporated, Site59.com, LLC, Travelocity.com, L.P. and Travelweb LLC (collectively, the "OTC Defendants") shall answer or otherwise respond to Plaintiff's Complaint no later than September 18, 2007;

3. Should the OTC Defendants move to dismiss Plaintiff's Complaint, any memorandum filed in support of such motion shall not exceed 30 pages;

4. Should the OTC Defendants move to dismiss Plaintiff's Complaint, Plaintiff shall file its response, not to exceed 30 pages, on or before October 9, 2007;

1

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR DEFENDANTS' RESPONSE TO THE COMPLAINT AND BRIEFING SCHEDULE
CASE NO. 4:07-CV-03432-SBA

1  5. Should Plaintiff oppose the OTC Defendants' motion to dismiss, Defendants shall
2  file their reply, not to exceed 20 pages, on or before October 23, 2007.
3  DATED: September 17, 2007

_____
Hon. Saundra B. Armstrong

2

STIPULATION AND [PROPOSED] ORDER SETTING
SCHEDULE FOR DEFENDANTS' RESPONSE TO THE
COMPLAINT AND BRIEFING SCHEDULE
CASE NO. 4:07-CV-03432-SBA