Matthew Oster
McDermott Will & Emery LLP
2049 Century Park East
38th Floor
Los Angeles, CA
90067-3218
(310) 551-9341 Phone
(310) 277-4730 Fax
Email: moster@mwe.com

ATTORNEYS FOR TRAVELOCITY.COM, L.P., TRAVELOCITY.COM, INC., SITE59.COM, LLC, AND SABRE HOLDINGS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOTELS.COM, L.P., *et al.*,<br><br>　　　　Defendants. | Case No. 4:07-CV-03432-SBA<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

　　　　Pursuant to Civil L.R. 3-16, the undersigned, on behalf of Defendants Travelocity.com, L.P., Travelocity.com, Inc., Site59.com, LLC, and Sabre Holdings Corp., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | **Person or Entity** | **Interest** |
|---|---|---|
| 1 | | |
| 2 | Texas Pacific Group | Owner of Sovereign Holdings, Inc. |
| 3 | Silver Lake Partners | Owner of Sovereign Holdings, Inc. |
| 4 | Sovereign Holdings, Inc. | Parent of Sabre Inc. |
| 5 | Sabre Inc. | Parent of Travelocity.com, Inc. |
| 6 | Michael S. Gilliland | Director – Sabre Inc. |
| 7 | Glenn Hutchins | Director – Sabre Inc. |
| 8 | Gary Kusin | Director – Sabre Inc. |
| 9 | Thomas McConnon | Director – Sabre Inc. |
| 10 | Greg Mondre | Director – Sabre Inc. |
| 11 | Joe Osnoss | Director – Sabre Inc. |
| 12 | Karl Peterson | Director – Sabre Inc. |
| 13 | Travelocity.com, Inc. | General Partner of Travelocity.com, LP |

Dated: September 18, 2007         MCDERMOTT WILL & EMERY LLP

　　　　　　　　　　　　　　　　　　*/s/ Matthew Oster*
　　　　　　　　　　　　　　　　　　Matthew Oster

　　　　　　　　　　　　　　　　　　Attorneys for Travelocity.com, LP,
　　　　　　　　　　　　　　　　　　Travelocity.com, Inc., Site59.com, LLC, and
　　　　　　　　　　　　　　　　　　Sabre Holdings Corp.