# Exhibit D

# CITY OF OAKLAND
## AGENDA REPORT

2007 JUN 14   PM 4: 19

TO:        Office of the City Administrator
ATTN:    Deborah Edgerly
FROM:    Finance and Management Agency
DATE:    June 19, 2007

RE:        **Public Hearing on the Assessment of Liens for Delinquent Transient Occupancy Taxes**

## SUMMARY

Pursuant to Chapter 4.24 of the Oakland Municipal Code, hotel operators receiving rents are required to pay Transient Occupancy Tax to the City. If the tax is paid by the transient to the hotel operator at the time the rent is paid, then the transient's debt to the City is extinguished.

An administrative hearing for delinquent Transient Occupancy Taxes was held on May 22, 2007, to hear protests and resolve any inconsistencies or inequities raised by hotel owners/operators regarding the non-payment of Transient Occupancy Taxes. The administrative and public hearings are held only after all other procedural means to resolve unpaid taxes have been exhausted. Following the administrative hearing, the City notified hotel owners/operators of its intent to record a lien against their property should they fail to pay delinquent taxes due the City.

A public hearing has been scheduled for June 19, 2007, and a resolution has been prepared confirming the placement of liens on 4 properties and authorizing the subsequent assessment for all fees and charges, should the liens remain unpaid at the time of the City's submission to the County Assessor.

## FISCAL IMPACT

Hotel owners/operators owe the City delinquent Transient Occupancy Taxes and administrative fees for the accounts not resolved at the May 22, 2007, administrative hearing as shown in the attached list. If the City fails to place a lien to recover the delinquent taxes, the General Fund would lose $20,174 in estimated revenue.

## BACKGROUND

Hotel owners/operators were sent notices during a review and assessment processes to address delinquent Transient Occupancy Taxes determined to be due the City. The owners/operators are then given the opportunity to appeal their cases via an administrative hearing process.

Item: _____
City Council
June 19, 2007

Deborah Edgerly
FMA: Public Hearing for Delinquent TOT Taxes                                        Page 2

An administrative hearing for delinquent Transient Occupancy Taxes was held on
May 22, 2007, to hear protests and resolve any inconsistencies or inequities raised by hotel
owners/operators regarding the non-payment of Transient Occupancy Taxes.

Following the administrative hearing, the Tax Administrator filed with the City Administrator a
written notice of those persons on whom the City will file liens for unpaid taxes, penalties,
interest and other charges.  If these amounts remain unpaid or unresolved after a public hearing
by the City Council, the City Council shall authorize by resolution the recordation of liens on the
subject properties for costs incurred for delinquent Transient Occupancy Taxes and added
administrative and assessment charges.  The delinquent charges and assessments shall constitute
a special assessment against said property, and shall be collected at such time as is established by
the County Assessor for inclusion in the next property tax assessment.

The public hearing is scheduled for June 19, 2007.  A resolution has been prepared confirming
the placement of liens on 4 properties and authorizing the subsequent assessment for all fees and
charges.

## KEY ISSUES AND IMPACTS

None

## POLICY DESCRIPTION

Pursuant to Chapter 4.24 of the Oakland Municipal Code, an administrative hearing for
delinquent Transient Occupancy Taxes is held to hear protests and resolve any inconsistencies or
inequities raised by property owners/operators prior to the public hearing before City Council.

## SUSTAINABLE OPPORTUNITIES

Collections of delinquent Transient Occupancy Taxes have major economic and social equity
implications for the City's sustainability. The revenue source is relied upon to fund essential City
services.

## DISABILITY AND SENIOR CITIZEN ACCESS

None

## RECOMMENDATION AND RATIONALE

Staff recommends that the City Council pass the resolution confirming the placement of liens
and authorize the subsequent assessment for all fees and charges should they remain unpaid prior

Item: _____
City Council
June 19, 2007

Deborah Edgerly
FMA:  Public Hearing for Delinquent TOT Taxes                                    Page 3

to the transfer of said assessment to the County Assessor for inclusion on the next property tax
assessment.

**ACTION REQUESTED OF THE CITY COUNCIL**

Staff requests City Council to approve the placement of liens and authorize the subsequent
assessment for all fees and charges should they remain unpaid prior to the transfer of said
assessment to the County Assessor for inclusion on the next property tax assessment.

Respectfully submitted,

WILLIAM E. NOLAND
Director, Finance and Management Agency

Prepared by:
Terry Adelman, Revenue Manager
Revenue Division

APPROVED AND FORWARDED TO THE
CITY COUNCIL:

Office of the City Administrator

Item: _____
City Council
June 19, 2007

ADMIN HEARING LIEN LIST FOR TRANSIENT OCCUPANCY TAX (TOT)
ADMIN HEARING: MAY 22, 2007
PUBLIC HEARING:
JUNE 19, 2007

| Acct # | Owner Name | Hotel Name | Property Address | Parcel # | $ Amt Tax Liab | $ Amt Lien | Delinquency Period(s) |
|---|---|---|---|---|---|---|---|
| 003-223-003 | BRE ESA PROPERTIES LLC | Extended Stay America #8844 | 3650 Mandela Parkway | 007 061704602 | $ 6,050.06 | $ 6,100.06 | 2/1/07-2/28/07 |
| 003-184-002 | HEMANT INVESTMENTS LLC | Ramada Ltd | 8471 Enterprise Way | 042 432300305 | $ 228.92 | $ 278.92 | 3/1/07-3/31/07 |
| 003-175-004 | MULUGETA, Benyam & Paula R. | Lake Merritt Lodge | 2332 Harrison St | 010 079800500 | $ 664.87 | $ 714.87 | 1/1/07-3/31/07 |
| 003-057-005 | SPITLER, Richard | Grand Hotel | 641 W. Grand Ave | 008 065902500 | $ 13,030.20 | $ 13,080.20 | 1/1/07-3/31/07 |
| | | | | | $ 19,974.05 | $ 20,174.05 | |

Approved as to Form and Legality

# OAKLAND CITY COUNCIL

*City Attorney*

RESOLUTION No._____C.M.S.

Introduced by Councilmember _____

---

**RESOLUTION ACCEPTING AND CONFIRMING REPORTS OF THE CITY ADMINISTRATOR ON THE COSTS INCURRED BY THE CITY OF OAKLAND FOR DELINQUENT TRANSIENT OCCUPANCY TAXES AND CONFIRMING THE RECORDATION OF LIENS WITH ADMINISTRATIVE AND ASSESSMENT CHARGES AS NECESSARY – PURSUANT TO CHAPTER 4.24 OF THE OAKLAND MUNICIPAL CODE, AND DIRECTING THE NOTICE OF LIEN AND ASSESSMENT CHARGES BE TURNED OVER TO THE COUNTY TAX COLLECTOR FOR COLLECTION**

**WHEREAS,** pursuant to Chapter 4.24 of the Oakland Municipal Code, the City Administrator filed with the City Clerk on the 19th day of June 2007 her reports concerning the costs incurred by the City of Oakland for delinquent transient occupancy taxes and recordation of liens with added administrative and assessment charges on hereinafter described real property; and

**WHEREAS,** June 19, 2007, 7:00 p.m., was fixed as the day and hour for the Council to hear any protests by property owners or other interested persons regarding delinquent transient occupancy taxes, and to hear and accept the reports of the City Administrator; and

**WHEREAS,** no protest having been made at said hearing; now, therefore be it

**RESOLVED:** That the reports which the City Administrator filed with the City Clerk on the 19th day of June 2007 concerning delinquent transient occupancy taxes, the recordation of liens with administrative and assessment charges for the real property described in the reports of the City Administrator attached hereto, be and are hereby accepted and confirmed, and assessments are hereby authorized to be levied upon the properties described in the attached reports in the amount set opposite each description for costs incurred for delinquent transient occupancy taxes, added administrative and assessment charges; and be it

**FURTHER RESOLVED:** That if any assessment levied on a property is not paid before the 10th day of August 2007, the City Administrator shall present an itemized report to the Auditor-Controller of the County of Alameda, State of California, to be placed on the 2007-2008 County Tax Roll.

IN COUNCIL, OAKLAND, CALIFORNIA, _____, 20_____

**PASSED BY THE FOLLOWING VOTE:**

AYES - BROOKS, BRUNNER, CHANG, KERNIGHAN, NADEL, QUAN, REID, and PRESIDENT DE LA FUENTE

NOES -

ABSENT -

ABSTENTION -

ATTEST:_____
LaTonda Simmons
City Clerk and Clerk of the Council
of the City of Oakland, California

Approved as to Form and Legality

# OAKLAND CITY COUNCIL

*City Attorney*

### RESOLUTION No._____ C.M.S.

OFFICE ... ... ... ... ...

2007 JUN -7  PM 4:20

Introduced by Councilmember _____

**RESOLUTION CONTINUING HEARING OF THE REPORTS OF THE CITY ADMINISTRATOR ON DELINQUENT TRANSIENT OCCUPANCY TAXES AND THE RECORDATION OF LIENS WITH ADMINISTRATIVE AND ASSESSMENT CHARGES AS NECESSARY—PURSUANT TO CHAPTER 4.24 OF THE OAKLAND MUNICIPAL CODE**

**RESOLVED:** That the hearing of the reports of the City Administrator on delinquent transient occupancy taxes and recordation of liens with added administrative and assessment charges that was duly noticed and held on the 19th day of June 2007, 7:00 p.m., is hereby continued for further hearing on the day of _____ in City Hall, One Frank H. Ogawa Plaza, Council Chambers, Oakland, California.

IN COUNCIL, OAKLAND, CALIFORNIA, _____, 20_____

PASSED BY THE FOLLOWING VOTE:

AYES - BROOKS, BRUNNER, CHANG, KERNIGHAN, NADEL, QUAN, REID, and PRESIDENT DE LA FUENTE

NOES -

ABSENT -

ABSTENTION -

ATTEST:_____
LaTonda Simmons
City Clerk and Clerk of the Council
of the City of Oakland, California

# OAKLAND CITY COUNCIL

Approved as to Form and Legality

*Kathleen Salem Boyd*
City Attorney

**RESOLUTION NO.**_____ **C.M.S.**

Introduced by Councilmember _____

OFFICE OF THE CITY CLERK

2007 JUN -7 PM 4: 20

**RESOLUTION OVERRULING PROTESTS AND OBJECTIONS AND ACCEPTING AND CONFIRMING REPORTS OF THE CITY ADMINISTRATOR ON THE COSTS INCURRED BY THE CITY OF OAKLAND FOR DELINQUENT TRANSIENT OCCUPANCY TAXES AND AUTHORIZING THE RECORDATION OF LIENS WITH ADMINISTRATIVE AND ASSESSMENT CHARGES AS NECESSARY – PURSUANT TO CHAPTER 4.24 OF THE OAKLAND MUNICIPAL CODE, AND DIRECTING THE NOTICE OF LIEN AND ASSESSMENT CHARGES BE TURNED OVER TO THE COUNTY TAX COLLECTOR FOR COLLECTION**

**WHEREAS,** pursuant to Chapter 4.24 of the Oakland Municipal Code, the City Administrator filed with the City Clerk on the 19th day of June 2007 her reports concerning the costs incurred for delinquent transient occupancy taxes and recordation of liens with added administrative and assessment charges on hereinafter described real property; and

**WHEREAS,** June 19, 2007, 7:00 p.m., was fixed as the day and hour for the Council to hear any protests by property owners or other interested persons regarding delinquent transient occupancy taxes, and to hear and accept the reports of the City Administrator; now, therefore be it

**RESOLVED:** That the protests are hereby overruled; and be it

**FURTHER RESOLVED:** That the reports the City Administrator filed with the City Clerk on the 19th day of June 2007 concerning delinquent transient occupancy taxes and the recordation of liens with administrative and assessment charges for the real property described in the reports of the City Administrator attached hereto, be and are hereby accepted and confirmed, and the assessments are hereby authorized to be levied upon the properties described in the attached reports, in the amounts set opposite each description for costs incurred for delinquent transient occupancy taxes, added administrative and assessment charges; and be it

**FURTHER RESOLVED:** That if any assessment levied on a property is not paid before the 10th day of August 2007, the City Administrator shall present an itemized report to the Auditor-Controller of the County of Alameda, State of California, to be placed on the 2007-2008 County Tax Roll.

IN COUNCIL, OAKLAND, CALIFORNIA, _____, 20_____

**PASSED BY THE FOLLOWING VOTE:**

AYES - BROOKS, BRUNNER, CHANG, KERNIGHAN, NADEL, QUAN, REID, and PRESIDENT DE LA FUENTE

NOES -

ABSENT -

ABSTENTION -

ATTEST:_____

LaTonda Simmons
City Clerk and Clerk of the Council
of the City of Oakland, California