1 | DARREL J. HIEBER (CA Bar No. 100857)
DANIEL M. RYGORSKY (CA Bar No. 229988)
2 | dhieber@skadden.com
drygorsk@skadden.com
3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
4 | Los Angeles, California 90071-3144
Tel: (213) 687-5000
5 | Fax: (213) 687-5600

6 | Attorneys for Defendants
PRICELINE.COM INC., TRAVELWEB LLC
7 | and LOWESTFARE.COM INC.

8 | (APPEARANCES OF ADDITIONAL COUNSEL LISTED ON NEXT PAGE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA, | Case No. C 07-03432 SBA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE CITY OF OAKLAND'S COMPLAINT** |
| vs. | |
| HOTELS.COM, L.P.; HOTELS.COM GP, LLC; TRIP NETWORK, INC. (d/b/a CHEAP TICKETS, INC.); TRAVELPORT, INC. (f/k/a CENDANT TRAVEL DISTRIBUTION SERVICES GROUP INC.); EXPEDIA, INC.; INTERNETWORK PUBLISHING CORP. (d/b/a LODGING.COM); LOWEST FARE.COM INCORPORATED; MAUPINTOUR HOLDING, LLC; ORBITZ, INC.; ORBITZ, LLC; PRICELINE.COM, INCORPORATED; SABRE HOLDINGS CORPORATION; SITE 59.COM, LLC; TRAVELOCITY.COM, INC.; TRAVELOCITY.COM, LP; TRAVELWEB LLC; TRAVELNOW.COM, INC. and DOES 1 THROUGH 1000, INCLUSIVE, | |
| Defendants. | |

| | | |
|---|---|---|
|1| Craig E. Stewart (State Bar No. 129530) | James P. Karen (*pro hac vice* forthcoming) |
| | Martha A. Boersch (State Bar No. 126569) | Deborah S. Sloan (*pro hac vice* forthcoming) |
|2| *CEStewart@JonesDay.com* | *JKaren@JonesDay.com* |
| | *MABoersch@JonesDay.com* | *DSloan@JonesDay.com* |
|3| JONES DAY | JONES DAY |
| | 555 California Street, 26th Floor | 2727 North Harwood Street |
|4| San Francisco, California 94104 | Dallas, Texas 75201 |
| | Telephone:    (415) 626-3939 | Telephone:  (214) 220-3939 |
|5| Facsimile:    (415) 875-5700 | Facsimile:  (214) 969-5100 |

6  Attorneys for Defendants
   EXPEDIA, INC. and HOTELS.COM, L.P.

7

   Matthew Oster (State Bar No. 190541)
8  *moster@mwe.com*
   McDERMOTT, WILL & EMERY LLP
9  2049 Century Park East, 34th Floor
   Los Angeles, CA 90067
10 Telephone:    (310) 277-4110
   Facsimile:    (310) 277-4730

11
   Attorneys for Defendants
12 ORBITZ, LLC, TRIP NETWORK, INC. (D/B/A CHEAPTICKETS.COM),
   INTERNETWORK PUBLISHING CORP. (D/B/A LODGING.COM), TRAVELOCITY.COM,
13 L.P. and SITE59.COM, LLC

14 Paul E. Chronis (*pro hac vice* forthcoming)
   Elizabeth B. Herrington (*pro hac vice* forthcoming)
15 Purvi C. Patel (*pro hac vice* forthcoming)
   *pchronis@mwe.co*
16 *eherrington@mwe.com*
   *ppatel@mwe.com*
17 McDERMOTT, WILL & EMERY LLP
   227 West Monroe, Suite 4400
18 Chicago, IL 60610
   Telephone:    (312) 372-2000
19 Facsimile:    (312) 984-7700

20 Attorneys for Defendants
   ORBITZ, LLC, TRIP NETWORK, INC. (D/B/A CHEAPTICKETS.COM), and
21 INTERNETWORK PUBLISHING CORP. (D/B/A LODGING.COM)

22 Brian S. Stagner (*pro hac vice* application to be submitted)
   J. Chad Arnette (*pro hac vice* application to be submitted)
23 *brian.stagner@khh.com*
   *chad.arnette@khh.com*
24 KELLY HARY & HALLMAN LLP
   201 Main Street, Suite 2500
25 Fort Worth, TX 76102

26 Of Counsel for Defendants
   TRAVELOCITY.COM, L.P. and SITE59.COM, LLC

27

28
   _____-2-_____
   [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

## ORDER ON DEFENDANTS' MOTION TO DISMISS

Defendants' Motion to Dismiss the City of Oakland's Complaint came for hearing before this Court on November 6, 2007 at 1 p.m. The Court having considered all papers filed in support of and in opposition to the Motion for Dismiss, the arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that:

Defendants' Motion to Dismiss the City of Oakland's Complaint is GRANTED and this action dismissed [for lack of subject matter jurisdiction, without prejudice to the City of Oakland filing a new action if and when it can allege it has exhausted its administrative remedies] [or] [with prejudice for failure to state a claim].

IT IS SO ORDERED.

Dated: _____

_____
Honorable Saundra B. Armstrong
United States District Judge

Copies furnished to:
All Counsel of Record

-3-

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS