1  DARREL J. HIEBER (CA Bar No. 100857)
   *dhieber@skadden.com*
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
3  Los Angeles, California 90071-3144
   Tel: (213) 687-5000
4  Fax: (213) 687-5600

5  Attorneys for Defendants
   PRICELINE.COM INC., TRAVELWEB LLC and
6  LOWESTFARE.COM INC.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12 CITY OF OAKLAND, CALIFORNIA,        Case No. 4:07-CV-03432-SBA

               Plaintiff,              CERTIFICATE OF SERVICE

       v.

   HOTELS.COM, L.P., *et al.*,

               Defendants.

# CERTIFICATE OF SERVICE

*City of Oakland, California v. Hotels.com, L.P., et al.*
Case No. : 4:07-CV-03432-SBA

    I, the undersigned, state that I am employed in the City and County of Los Angeles, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, 34th Floor, Los Angeles, California 90071; and that on September 14, 2007, I served a true copy of:

(1)     **DEFENDANTS' NOTICE OF MOTION AND MOTIN TO DISMISS THE CITY OF OAKLAND'S COMPLAINT and MEMORANDUM IN SUPPORT THEREOF;**

(2)     **[PROPOSED] ORDER;**

(3)     **CERTIFICATE OF SERVICE.**

by the following means of service:

**BY E-FILE & SERVE**: I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have e-served the foregoing documents.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on **September 18, 2007**, at Los Angeles, California.

                                    /s/ Dwight Hines
                                    DWIGHT HINES