MATTHEW OSTER (CA Bar No. 190541)
*moster@mwe.com*
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, 38th Floor
Los Angeles, California  90067
Telephone:     (310) 277-4110
Facsimile:      (310) 277-4730

Paul E. Chronis (*pro hac vice* forthcoming)
*pchronis@mwe.com*
Elizabeth B. Herrington (*pro hac vice* forthcoming)
*eherrington@mwe.com*
Purvi G. Patel (*pro hac vice* forthcoming)
*ppatel@mwe.com*
**MCDERMOTT WILL & EMERY LLP**
227 West Monroe Street
Chicago, Illinois 60606
Telephone:     (312) 372-2000
Facsimile:      (312) 984-7700

Attorneys for Defendants
ORBITZ, INC., ORBITZ, LLC, TRAVELPORT
AMERICAS, LLC (f/k/a CENDANT TRAVEL
DISTRIBUTION SERVICES GROUP, INC.),
TRIP NETWORK, INC. (d/b/a
CHEAPTICKETS.COM), and INTERNETWORK
PUBLISHING CORP. (d/b/a LODGING.COM)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>            Plaintiff,<br><br>    v.<br><br>HOTELS.COM, L.P., *et al.*,<br><br>            Defendants. | Case No. 4:07-CV-03432-SBA<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

On behalf of Defendants Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.), Orbitz, Inc., Orbitz, LLC, Trip Network, Inc. (d/b/a Cheaptickets.com), and Internetwork Publishing Corp. (d/b/a Lodging.com), and pursuant to Civil L.R. 3-16, the

undersigned certifies that as of this date, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

1. Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.) ("Travelport") is a Delaware limited liability company. No publicly held company owns ten percent or more of Travelport. All of Travelport's ownership interest is indirectly held by TDS Investor (Cayman) L.P., whose General Partner is TDS Investor (Cayman) GP Ltd. Travelport was incorrectly named in the Complaint as Travelport, Inc. (f/k/a Cendant Travel Distribution Services Group, Inc.).

2. Orbitz, Inc. is a Delaware corporation and an indirect subsidiary of Orbitz Worldwide, Inc., which is a publicly held company. Other than Orbitz Worldwide, Inc., which is a Delaware corporation, no publicly held company owns ten percent or more of Orbitz, Inc. A majority of Orbitz Worldwide, Inc.'s stock is directly held by TDS Investor (Luxembourg) S.a.r.l., a société à responsabilité limitée organized under the laws of Luxembourg.

3. Orbitz, LLC is a Delaware limited liability company and an indirect subsidiary of Orbitz Worldwide, Inc., which is a publicly held company. Other than Orbitz Worldwide, Inc., which is a Delaware corporation, no publicly held company owns ten percent or more of Orbitz, LLC. A majority of Orbitz Worldwide, Inc.'s stock is directly held by TDS Investor (Luxembourg) S.a.r.l., a société à responsabilité limitée organized under the laws of Luxembourg.

4. Trip Network, Inc. (d/b/a Cheaptickets.com) ("CheapTickets) is a Delaware corporation and an indirect subsidiary of Orbitz Worldwide, Inc., which is a publicly held company. Other than Orbitz Worldwide, Inc., which is a Delaware corporation, no publicly held company owns ten percent or more of CheapTickets. A majority of Orbitz Worldwide, Inc.'s stock is directly held by TDS Investor (Luxembourg) S.a.r.l., a société à responsabilité limitée organized under

1  the laws of Luxembourg.  CheapTickets was incorrectly named in the Complaint as Trip

2  Network, Inc. (d/b/a Cheap Tickets, Inc.).

3      5.   Internetwork Publishing Corp. (d/b/a Lodging.com) ("Lodging") is a Florida corporation

4  and an indirect subsidiary of Orbitz Worldwide, Inc., which is a publicly held company.  Other

5  than Orbitz Worldwide, Inc., which is a Delaware corporation, no publicly held company owns

6  ten percent or more of Lodging.  A majority of Orbitz Worldwide, Inc.'s stock is directly held

7  by TDS Investor (Luxembourg) S.a.r.l., a société à responsabilité limitée organized under the

8  laws of Luxembourg.

Dated:  September 21, 2007                MCDERMOTT WILL & EMERY LLP

                                                                              */s/  Matthew Oster*
                                                                              Matthew Oster

                                                                              Attorneys for Defendants Orbitz, Inc., Orbitz, LLC, Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.), Trip Network, Inc. (d/b/a Cheaptickets.com), and Internetwork Publishing Corp. (d/b/a Lodging.com)

CHI99 4877816-1.059735.0080