```
 1  DARREL J. HIEBER (CA Bar No. 100857)
    dhieber@skadden.com
 2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
 3  Los Angeles, California 90071-3144
    Tel: (213) 687-5000
 4  Fax: (213) 687-5600

 5  Attorneys for Defendants
    PRICELINE.COM INC., TRAVELWEB LLC and
 6  LOWESTFARE.COM INC.

 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10              OAKLAND DIVISION

11  CITY OF OAKLAND, CALIFORNIA,         Case No. 4:07-CV-03432-SBA
12         Plaintiff,                    CERTIFICATE OF SERVICE
13      v.
14  HOTELS.COM, L.P., et al.,
15
16         Defendants.
```

# CERTIFICATE OF SERVICE

*City of Oakland, California v. Hotels.com, L.P., et al.*
Case No. : 4:07-CV-03432-SBA

I, the undersigned, state that I am employed in the City and County of Los Angeles, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, 34th Floor, Los Angeles, California 90071; and that on **September 25, 2007**, I served a true copy of:

(1)   **JOINT RULE 26(F) REPORT AND CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER;**

(2)   **CERTIFICATE OF SERVICE.**

by the following means of service:

**BY E-FILE & SERVE**: I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have e-served the foregoing documents.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **September 25, 2007**, at Los Angeles, California.

/s/ Dwight Hines
DWIGHT HINES