1   JAMES C. STURDEVANT (CA Bar No. 94551)
2   *jsturdevant@sturdevantlaw.com*
    MONIQUE OLIVIER (CA Bar No. 190385)
3   *molivier@sturdevantlaw.com*
    THE STURDEVANT LAW FIRM
4   A Professional Corporation
    475 Sansome Street, Suite 1750
5   San Francisco, California 94111
    Tel: (415) 477-2410
6   Fax: (415) 477-2420

7
    Attorneys for Plaintiff
8   CITY OF OAKLAND

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
    CITY OF OAKLAND, CALIFORNIA,          **Case No. 4:07-CV-03432-SBA**
13
                    Plaintiff,            NOTICE OF VOLUNTARY
14                                        DISMISSAL OF DEFENDANTS
          v.                              HOTELS.COM GP, LLC;
15                                        TRAVELNOW.COM, INC.; SABRE
    HOTELS.COM, L.P., *et al.*,           HOLDINGS CORP.; TRAVELOCITY.COM,
16                                        INC.; TRAVELPORT AMERICAS, LLC
                    Defendants.           (F/K/A CENDANT TRAVEL
17                                        DISTRIBUTION SERVICES GROUP,
                                          INC.), INCORRECTLY NAMED AS
18                                        TRAVELPORT, INC. (F/K/A CENDANT
                                          TRAVEL DISTRIBUTION SERVICES
19                                        GROUP, INC.); AND ORBITZ, INC.
                                          PURSUANT TO FED. R.
20                                        CIV. P. 41(a)
21

22
          COMES NOW Plaintiff, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)
23
    and enters this Notice of Voluntary Dismissal, voluntarily dismissing its claims against
24
    Defendants Hotels.com GP, LLC; TravelNow.com, Inc.; Sabre Holdings Corp.; Travelocity.com,
25
    Inc.; Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.),
26

27

28

1   incorrectly named as Travelport, Inc. (f/k/a Cendant Travel Distribution Services Group, Inc.);

2   and Orbitz, Inc. without prejudice.

3

4   Dated:  September 27, 2007                    THE STURDEVANT LAW FIRM

5
                                                  /s/  Monique Olivier
6                                                 Monique Olivier (State Bar No. 190385)

7                                                 ATTORNEYS FOR PLAINTIFF
                                                  CITY OF OAKLAND
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28