1
2
3
## UNITED STATES DISTRICT COURT
4
## NORTHERN DISTRICT OF CALIFORNIA
5
6

| | |
|---|---|
| OAKLAND CITY OF )<br>Plaintiff, )<br>   )<br>vs. )<br>   )<br>   )<br>HOTELS.COM, )<br>   Defendant. )<br>_____ )<br>   ) | No. C 07-03432 SBA<br><br>CLERK'S NOTICE |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

   **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for October 3, 2007, at 2:30 p.m., has been continued to Tuesday, November 6, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.


DATED: 10/3/07

                              FOR THE COURT,
                              Richard W. Wieking, Clerk


                              By: /s/ Lisa R. Clark
                                  LISA R. CLARK
                                  Courtroom Deputy




To: