Clerk's Use Only
Initial for fee pd.:

Elizabeth B. Herrington
McDermott Will & Emery LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
(312) 372-2000

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

City of Oakland, California

              Plaintiff(s),

v.

Hotels.com, L.P., et al.

              Defendant(s).

CASE NO. 4:07-CV-03432-SBA

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Elizabeth Brooke Herrington, an active member in good standing of the bar of the Supreme Court of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Orbitz, Inc., Orbitz, LLC, Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.), Trip Network, Inc. (d/b/a Cheaptickets.com), and Internetwork Publishing Corp. (d/b/a Lodging.com) in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Matthew Oster, McDermott Will & Emery LLP, 2049 Century Park East, 38th Floor, Los Angeles, California 90067, (312) 277-4110

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 26, 2007

                                                  Elizabeth B. Herrington

## PROOF OF SERVICE

I, Julie A. Mardorf, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, Suite 3800, Los Angeles, California 90067-3218. On **September 27, 2007**, I served a copy of the within document(s):

> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*Please see attached service list*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 27, 2007**, at Los Angeles, California.

_____
Julie A. Mardorf

LAS99 1520963-1.059735.0080                                           (No. )

# Service List

| | |
|---|---|
| James C. Sturdevant, Esq.<br>Monique Olivier, Esq.<br>Whitney Huston, Esq.<br>The Sturdevant Law Firm<br>475 Sansome Street<br>Suite 1750<br>San Francisco, CA 94111<br>Phone: 415.477.2410<br>Email: *jsturdevant@sturdevantlaw.com*<br>*molivier@sturdevantlaw.com*<br>*whuston@ssturdevantlaw.com* | Craig Ellsworth Stewart<br>Martha A. Boersch<br>Jones Day<br>555 California Street<br>25th Floor<br>San Francisco, CA 94104<br>Phone: 415.626.3939<br>Fax: 415.875.5700<br>Email: cestewart@jonesday.com<br>maboersch@jonesday.com |
| Darrell Jeffrey Hieber<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071-3144<br>Phone: 213.687.500<br>Fax: 223.687.56<br>Email: dhieber@skadden.com | John D. Pernick<br>Bringham McCutchen, LLP<br>Three Embarcadero Center, 18th Floor<br>San Francisco, CA 94111<br>Phone: 415.393.2000<br>Fax: 415.393.2286<br>Email: john.pernick@bingham.com |
| James P. Karen<br>Deborah S. Sloan<br>Jones Day<br>2727 North Harwood Street<br>Dallas, Texas 75201<br>Phone: 214.220.3939<br>Fax: 214.969.5100<br>Email: jkaren@jonesday.com<br>dsloan@jonesday.com | Brian S. Stagner<br>J. Chad Arnette<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102<br>Email: brian.stagner@khh.com<br>chad.arnette@khh.com |



Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001300
Cashier ID: lenahac
Transaction Date: 09/28/2007
Payer Name: McDermott Will Emery

PRO HAC VICE
 For: Elizabeth Brooke Herrington
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:        $210.00

CHECK
 Check/Money Order Num: 239738
 Amt Tendered: $210.00

Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

CV-07-3432-SBA for Elizabeth Brooke
Herrington.

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.