RECEIVED
SEP 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

COPY

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

City of Oakland, California

　　　　　　　　　　Plaintiff(s),

v.

Hotels.com, L.P., et al.

　　　　　　　　　　Defendant(s).
_____/

CASE NO. 4:07-CV-03432-SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Elizabeth B. Herrington, an active member in good standing of the bar of the Supreme Court of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

McDermott Will & Emery LLP, 227 West Monroe Street, Chicago, Illinois 60606
(312) 372-2000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Orbitz, Inc., Orbitz, LLC, Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.), Trip Network, Inc. (d/b/a Cheaptickets.com), and Internetwork Publishing Corp. (d/b/a Lodging.com)

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District    Judge
　　　　　　　　　　　　　　　　　　　　　Saundra Brown Armstrong

PROOF OF SERVICE

I, Julie A. Mardorf, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, Suite 3800, Los Angeles, California 90067-3218. On **September 27, 2007**, I served a copy of the within document(s):

**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*Please see attached service list*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 27, 2007**, at Los Angeles, California.

_____
Julie A. Mardorf

LAS99 1520963-1.059735.0080                    (No. )

# Service List

James C. Sturdevant, Esq.
Monique Olivier, Esq.
Whitney Huston, Esq.
The Sturdevant Law Firm
475 Sansome Street
Suite 1750
San Francisco, CA 94111
Phone: 415.477.2410
Email: *jsturdevant@sturdevantlaw.com*
*molivier@sturdevantlaw.com*
*whuston@ssturdevantlaw.com*

Darrell Jeffrey Hieber
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
Phone: 213.687.500
Fax: 223.687.56
Email: dhieber@skadden.com

James P. Karen
Deborah S. Sloan
Jones Day
2727 North Harwood Street
Dallas, Texas 75201
Phone: 214.220.3939
Fax: 214.969.5100
Email: jkaren@jonesday.com
dsloan@jonesday.com

Craig Ellsworth Stewart
Martha A. Boersch
Jones Day
555 California Street
25th Floor
San Francisco, CA 94104
Phone: 415.626.3939
Fax: 415.875.5700
Email: cestewart@jonesday.com
maboersch@jonesday.com

John D. Pernick
Bringham McCutchen, LLP
Three Embarcadero Center, 18th Floor
San Francisco, CA 94111
Phone: 415.393.2000
Fax: 415.393.2286
Email: john.pernick@bingham.com

Brian S. Stagner
J. Chad Arnette
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Email: brian.stagner@khh.com
chad.arnette@khh.com