**RECEIVED**

SEP 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

COPY

UNITED STATES DISTRICT COURT

Northern District of California

City of Oakland, California

CASE NO.  4:07-CV-03432-SBA

Plaintiff(s),

v.

Hotels.com, L.P., et al.

Defendant(s).
_____ /

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Purvi G. Patel                        , an active member in good standing of the bar of

the Supreme Court of Illinois                    whose business address and telephone number

(particular court to which applicant is admitted)

is

McDermott Will & Emery LLP, 227 West Monroe Street, Chicago, Illinois 60606
(312) 372-2000

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Orbitz, Inc., Orbitz, LLC, Travelport Americas,
LLC (f/k/a Cendant Travel Distribution Services
Cheaptickets.com), and Internetwork Publishing Group, Inc.), Trip Network, Inc. (d/b/a
Corp. (d/b/a Lodging.com)
IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District      Judge
Saundra Brown Armstrong

UNITED STATES DISTRICT COURT
For the Northern District of California

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

## PROOF OF SERVICE

I, Julie A. Mardorf, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, Suite 3800, Los Angeles, California 90067-3218. On **September 27, 2007**, I served a copy of the within document(s):

**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐    by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

## *Please see attached service list*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 27, 2007**, at Los Angeles, California.

_____
Julie A. Mardorf

(No. )

## Service List

James C. Sturdevant, Esq.
Monique Olivier, Esq.
Whitney Huston, Esq.
The Sturdevant Law Firm
475 Sansome Street
Suite 1750
San Francisco, CA 94111
Phone: 415.477.2410
Email: *jsturdevant@sturdevantlaw.com*
*molivier@sturdevantlaw.com*
*whuston@ssturdevantlaw.com*

Craig Ellsworth Stewart
Martha A. Boersch
Jones Day
555 California Street
25th Floor
San Francisco, CA 94104
Phone: 415.626.3939
Fax: 415.875.5700
Email: cestewart@jonesday.com
maboersch@jonesday.com

Darrell Jeffrey Hieber
Skadden, Arps, Slate, Meagher &
Flom LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
Phone: 213.687.500
Fax: 223.687.56
Email: dhieber@skadden.com

John D. Pernick
Bringham McCutchen, LLP
Three Embarcadero Center, 18th Floor
San Francisco, CA 94111
Phone: 415.393.2000
Fax: 415.393.2286
Email: john.pernick@bingham.com

James P. Karen
Deborah S. Sloan
Jones Day
2727 North Harwood Street
Dallas, Texas 75201
Phone: 214.220.3939
Fax: 214.969.5100
Email: jkaren@jonesday.com
dsloan@jonesday.com

Brian S. Stagner
J. Chad Arnette
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Email: brian.stagner@khh.com
chad.arnette@khh.com

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles