RECEIVED 

OCT - 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**

OCT 0 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
### Northern District of California

City of Oakland, California,

                                    **CASE NO.** 4:07-CV-03432-SBA

                    Plaintiff(s),          **(Proposed)**
                                    **ORDER GRANTING APPLICATION**
        v.                          **FOR ADMISSION OF ATTORNEY**
                                    ***PRO HAC VICE***
Hotels.com, L.P., et al.


                    Defendant(s).                    /

Emmanuel E. Ubinas                         , an active member in good standing of the bar of

Texas (24037622)                           whose business address and telephone number

(particular court to which applicant is admitted)

is  Jones Day, 2727 North Harwood Street, Dallas, TX 75201, 214-969-3670



having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Hotels.com, L.P. and Expedia, Inc.

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.


Dated:  *10 - 2 -07*

                                    _____
                                    United States District    Judge
                                    Saundra B. Armstrong

UNITED STATES DISTRICT COURT
For the Northern District of California