# EXHIBIT B

| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CITY OF ORANGE, TEXAS, §
　§
　　Plaintiff, §
　§
versus § CIVIL ACTION NO. 1:06-CV-413
　§
HOTELS.COM, LP, *et al.*, §
　§
　　Defendants. § .

## MEMORANDUM ORDER OF DISMISSAL

Pursuant to 28 U.S.C. § 636(b)(1)(A) and the Local Rules for the United States District Court, Eastern District of Texas, Appendix B, the Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive pretrial motions. The defendants filed a motion to dismiss which is pending before the Court.

On September 5, 2007, Judge Giblin issued a Report and Recommendation (#64) on the motion to dismiss. He recommended that the Court grant the defendants' motion to dismiss. He also recommended dismissal of the plaintiff's claims in their entirety, with prejudice.

No party has filed objections to the magistrate judge's report in accordance with 28 U.S.C. § 636(b). After review, the Court finds that Judge Giblin's findings and recommendation should be accepted.

The Court **ORDERS** that the Report and Recommendation on the motion to dismiss (#64) is **ADOPTED**. Pursuant to the report, the Court **ORDERS** that the defendants' motion to dismiss (#23) is **GRANTED**.

The Court finally **ORDERS** that the plaintiff's claims are **DISMISSED**, in their entirety, with prejudice. This civil action is closed.

SIGNED at Beaumont, Texas, this 21st day of September, 2007.

*[signature: Marcia A. Crone]*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE