# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| City of Oakland,<br><br>    Plaintiff(s),<br><br> v.<br><br>Hotels.Com, L.P.,<br><br>    Defendant(s). | 07-03432 SBA ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

 The court notifies the parties and counsel that the Evaluator assigned to this case is:

   **Richard J. Collier**
   Titchell Maltzman Mark & Ohleyer
   650 California St., 25th Fl.
   San Francisco, CA 94108-2610
   415-392-5600

 Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-03432 SBA ENE    - 1 -

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.

4   Dated: October 25, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-03432 SBA ENE                    - 2 -