Clerk's Use Only
Initial for fee pd.:

Type name, address, phone number of applicant here
Robert C. Lamar
Lamar Archer & Cofrin, LLP
50 Hurt Plaza, Suite 900
Atlanta, Georgia 30303
(404) 577-1777

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA<br>Plaintiff(s),<br>v.<br>HOTELS.COM, LP; HOTELS.COM GP, LLC; et al.<br><br>Defendant(s). | CASE NO. C07-03432 SBA<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, **Robert C. Lamar**, an active member in good standing of the bar of **the Northern District of Georgia and the Supreme Court of Georgia**, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing **Plaintiff** in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   James C. Sturdevant, SBN 94551
   Monique Olivier, SBN 190285
   The Sturdevant Law Firm
   475 Sansome Street, Suite 1750
   San Francisco, CA 94111    TEL: (415) 477-2410

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/15/07

_____
ROBERT C. LAMAR

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001411
Cashier ID: lenahac
Transaction Date: 10/24/2007
Payer Name: Lamar Archer and Cofrin LLP

PRO HAC VICE
 For: Robert C. Lamar
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 13130
 Amt Tendered:   $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

CV-07-3432-SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```