

Clerk's Use Only
Initial for fee pd.

Type name, address, phone number of applicant here

**David W. Davenport**
**Lamar, Archer & Cofrin, LLP**
**50 Hurt Plaza, Suite 900**
**Atlanta, Georgia 30303**
**(404) 577-1777**

FILED
2007 OCT 24 PM 2:28
CLERK...
NORTHERN DISTRICT
OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA<br>    Plaintiff(s),<br><br>v.<br><br>HOTELS.COM, LP; HOTELS.COM GP, LLC;<br>et al.,<br><br>_____Defendant(s)._____ / | CASE NO. C07-3432 SBA<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, **David W. Davenport**, an active member in good standing of the bar of **the Northern District of Georgia and the Supreme Court of Georgia**, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing **Plaintiff** in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: **James C. Sturdevant, SBN 94551**
**Monique Olivier, SBN 190385**
**The Sturdevant Law Firm**
**475 Sansome Street, Suite 1750**
**San Francisco, CA 94111    TEL: (415)477-2410**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/15/07

_____
DAVID W. DAVENPORT

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001410
Cashier ID: lenahac
Transaction Date: 10/24/2007
Payer Name: Lamar Archer and Cofrin LLP

PRO HAC VICE
 For: David Davenport
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 13129
 Amt Tendered: $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

CV-07-3432-SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```