**FILED**

OCT 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**

OCT 2 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

CITY OF OAKLAND, CALIFORNIA

    Plaintiff(s),

v.

HOTELS.COM, LP; HOTELS.COM GP, LLC; et al.

    Defendant(s).

CASE NO. C07-03432 SBA

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

David W. Davenport, an active member in good standing of the bar of the Northern District of Georgia and the Supreme Court of Georgia whose business address and telephone number (particular court to which applicant is admitted) is

Lamar Archer & Cofrin, LLP
50 Hurt Plaza, Suite 900
Atlanta, Georgia 30303
(404) 577-1777

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated 10/24/07

SAUNDRA BROWN ARMSTRONG
United States ~~Magistrate~~ District Judge