1  DARREL J. HIEBER (CA Bar No. 100857)
   DANIEL M. RYGORSKY (CA Bar No. 229988)
2  *dhieber@skadden.com*
   *drygorsk@skadden.com*
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
4  Los Angeles, California 90071-3144
   Tel: (213) 687-5000
5  Fax: (213) 687-5600

6  Attorneys for Defendants
   PRICELINE.COM INC., TRAVELWEB LLC
7  and LOWESTFARE.COM INC.

8  (APPEARANCES OF ADDITIONAL COUNSEL LISTED ON NEXT PAGE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>HOTELS.COM, L.P.; HOTELS.COM GP, LLC; TRIP NETWORK, INC. (d/b/a CHEAP TICKETS, INC.); TRAVELPORT, INC. (f/k/a CENDANT TRAVEL DISTRIBUTION SERVICES GROUP INC.); EXPEDIA, INC.; INTERNETWORK PUBLISHING CORP. (d/b/a LODGING.COM); LOWEST FARE.COM INCORPORATED; MAUPINTOUR HOLDING, LLC; ORBITZ, INC.; ORBITZ, LLC; PRICELINE.COM, INCORPORATED; SABRE HOLDINGS CORPORATION; SITE 59.COM, LLC; TRAVELOCITY.COM, INC.; TRAVELOCITY.COM, LP; TRAVELWEB LLC; TRAVELNOW.COM, INC. and DOES 1 THROUGH 1000, INCLUSIVE,<br><br>Defendants. | Case No. C 07-03432 SBA<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS THE CITY OF OAKLAND'S COMPLAINT**<br><br>Noticed for:  November 6, 2007<br>Time:  1:00 p.m. |

| | | |
|---|---|---|
|1| Craig E. Stewart (State Bar No. 129530) | James P. Karen (*pro hac vice* forthcoming) |
| | Martha A. Boersch (State Bar No. 126569) | Deborah S. Sloan (*pro hac vice* forthcoming) |
|2| CEStewart@JonesDay.com | JKaren@JonesDay.com |
| | MABoersch@JonesDay.com | DSloan@JonesDay.com |
|3| JONES DAY | JONES DAY |
| | 555 California Street, 26th Floor | 2727 North Harwood Street |
|4| San Francisco, California 94104 | Dallas, Texas 75201 |
| | Telephone: (415) 626-3939 | Telephone: (214) 220-3939 |
|5| Facsimile: (415) 875-5700 | Facsimile: (214) 969-5100 |

6  Attorneys for Defendants
   EXPEDIA, INC. and HOTELS.COM, L.P.
7
   Matthew Oster (State Bar No. 190541)
8  *moster@mwe.com*
   McDERMOTT WILL & EMERY LLP
9  2049 Century Park East, 34th Floor
   Los Angeles, CA 90067
10 Telephone: (310) 277-4110
   Facsimile: (310) 277-4730
11
   Paul E. Chronis (admitted *pro hac vice*)
12 Elizabeth B. Herrington (admitted *pro hac vice*)
   Purvi G. Patel (admitted *pro hac vice*)
13 *pchronis@mwe.com*
   *eherrington@mwe.com*
14 *ppatel@mwe.com*
   McDERMOTT WILL & EMERY LLP
15 227 West Monroe, Suite 4400
   Chicago, IL 60606
16 Telephone: (312) 372-2000
   Facsimile: (312) 984-7700
17
   Attorneys for Defendants
18 ORBITZ, LLC, TRIP NETWORK, INC. (D/B/A CHEAPTICKETS), and
   INTERNETWORK PUBLISHING CORP. (D/B/A LODGING.COM)
19
   Brian S. Stagner (*pro hac vice* application forthcoming)
20 J. Chad Arnette (*pro hac vice* application forthcoming)
   Stacy S. Russell (admitted *pro hac vice*)
21 *brian.stagner@khh.com*
   *chad.arnette@khh.com*
22 *stacy.russell@khh.com*
   KELLY HART & HALLMAN LLP
23 201 Main Street, Suite 2500
   Fort Worth, TX 76102
24 Telephone: (817) 878-3561
   Facsimile: (817) 878-9761
25
   Attorneys for Defendants
26 TRAVELOCITY.COM, L.P. and SITE59.COM, LLC

27

28

Defendants' Statement of Recent Decision

Pursuant to Local Rule 7-3(d), the OTC Defendants hereby submit without argument the following subsequently decided authority and update on relevant proceedings:

1. On September 18, 2007, the OTC Defendants moved to dismiss the City of Oakland's Complaint in the above-entitled action for lack of subject matter jurisdiction due to the City's failure to exhaust its administrative remedies and failure to state a claim.

2. On October 26, 2007, the Court of Appeals of Georgia, Third Division, issued an opinion in *City of Atlanta v. Hotels.com, L.P., et al.* (Ga. Ct. of Appeals No. A07A1376 Oct. 26, 2007). The opinion, attached hereto as Exhibit A, affirms the trial court's prior order dismissing that action for plaintiff's failure to exhaust its administrative remedies. *See City of Atlanta v. Hotels.com, L.P.*, No. 2006-CV-114732, Sup. Ct. Fulton County (Dec. 12, 2006) (attached as Exhibit G to the OTC Defendants' Motion to Dismiss). The trial court's opinion was cited by both the OTC Defendants and the City in their briefing on the OTC Defendants' Motion to Dismiss. *See* OTC Defs' Motion at 15; City's Opp. at 15; and OTC Defs' Reply at 13.

3. The OTC Defendants respectfully tender the decision in *City of Atlanta v. Hotels.com, L.P.* for the Court's consideration with respect to the pending motion to dismiss the City's Complaint.

Dated: November 1, 2007        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


                               */s/ Darrel J. Hieber*
                               DARREL J. HIEBER
                               Attorneys for Defendants
                               priceline.com Incorporated, Travelweb LLC
                               and Lowestfare.com Incorporated

Dated: November 1, 2007        JONES DAY


                               */s/ Craig E. Stewart*
                               CRAIG E. STEWART
                               Attorneys for Hotels.com, L.P. and Expedia, Inc.

Defendants' Statement of Recent Decision

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 1, 2007 | McDERMOTT WILL & EMERY LLP |
| 3 | | |
| 4 | | _/s/ Matthew Oster_<br>MATTHEW OSTER<br>Attorneys for Orbitz, LLC, Trip Network, Inc. (d/b/a CheapTickets), and Internetwork Publishing Corp. (d/b/a Lodging.com) |
| 7 | Dated: November 1, 2007 | KELLY HART & HALLMAN LLP |
| 9 | | _/s/ Stacy S. Russell_<br>STACY S. RUSSELL<br>Attorneys for Travelocity.com, L.P. and Site59.com, LLC |

**ATTESTATION UNDER GENERAL ORDER 45**

I, DARREL J. HIEBER, hereby declare pursuant to General Order 45 that I have obtained the concurrence in the filing of this document from each of the other signatories listed above.

I hereby attest that the foregoing attestation is true and corrected.

Executed on November 1, 2007, in Los Angeles, California.

_/s/ Darrel J. Hieber_
Darrel J. Hieber

# CERTIFICATE OF SERVICE

*City of Oakland, California v. Hotels.com, L.P., et al.*
Case No. : 4:07-CV-03432-SBA

    I, the undersigned, state that I am employed in the City and County of Los Angeles, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, 34th Floor, Los Angeles, California 90071; and that on **November 1, 2007**, I served a true copy of:

**DEFENDANTS' STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS THE CITY OF OAKLAND'S COMPLAINT**

by the following means of service:

**BY E-FILE & SERVE**: I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have e-served the foregoing documents.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on **November 1, 2007**, at Los Angeles, California.

                                             /s/ Dwight Hines
                                              DWIGHT HINES