DARREL J. HIEBER (CA Bar No. 100857)
DANIEL M. RYGORSKY (CA Bar No. 229988)
dhieber@skadden.com
drygorsk@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendants
PRICELINE.COM INC., TRAVELWEB LLC
and LOWESTFARE.COM INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>HOTELS.COM, L.P.; HOTELS.COM GP, LLC; TRIP NETWORK, INC. (d/b/a CHEAP TICKETS, INC.); TRAVELPORT, INC. (f/k/a CENDANT TRAVEL DISTRIBUTION SERVICES GROUP INC.); EXPEDIA, INC.; INTERNETWORK PUBLISHING CORP. (d/b/a LODGING.COM); LOWEST FARE.COM INCORPORATED; MAUPINTOUR HOLDING, LLC; ORBITZ, INC.; ORBITZ, LLC; PRICELINE.COM, INCORPORATED; SABRE HOLDINGS CORPORATION; SITE 59.COM, LLC; TRAVELOCITY.COM, INC.; TRAVELOCITY.COM, LP; TRAVELWEB LLC; TRAVELNOW.COM, INC. and DOES 1 THROUGH 1000, INCLUSIVE,<br><br>Defendants. | Case No. C 07-03432 SBA<br><br>**ERRATA TO DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS THE CITY OF OAKLAND'S COMPLAINT**<br><br>Noticed for:  November 6, 2007<br>Time:            1:00 p.m. |

In the Defendants' Reply in Support of Motion to Dismiss the City's of Oakland's Complaint, filed by the OTC Defendants on October 23, 2007, the word "not" was inadvertently omitted from the sentence appearing on page 18, lines 12-14.

The sentence currently reads:

"The City cannot amend its Ordinance to apply to online travel companies that merely contract with hotels to facilitate hotel room reservations, and do own or have exclusive possession of a hotel."

The sentence should read:

"The City cannot amend its Ordinance to apply to online travel companies that merely contract with hotels to facilitate hotel room reservations, and do not own or have exclusive possession of a hotel."

Dated: November 2, 2007                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


          /s/ Darrel J. Hieber
          DARREL J. HIEBER
          Attorneys for Defendants
          priceline.com Incorporated, Travelweb LLC
          and Lowestfare.com Incorporated

# CERTIFICATE OF SERVICE

*City of Oakland, California v. Hotels.com, L.P., et al.*
Case No. : 4:07-CV-03432-SBA

    I, the undersigned, state that I am employed in the City and County of Los Angeles, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Skadden, Arps, Slate, Meagher & Flom LLP, 300 South Grand Avenue, 34th Floor, Los Angeles, California 90071; and that on **November 2, 2007**, I served a true copy of:

**ERRATA TO DEFENDANTS' REPLY IN SUPPORT OF
MOTION TO DISMISS THE CITY OF OAKLAND'S COMPLAINT**

by the following means of service:

**BY E-FILE & SERVE**: I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have e-served the foregoing documents.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on **November 2, 2007**, at Los Angeles, California.

                                             /s/ Dwight Hines
                                             DWIGHT HINES