JAMES C. STURDEVANT, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
MONIQUE OLIVIER, State Bar No. 190385
(molivier@sturdevantlaw.com)
WHITNEY B. HUSTON, State Bar No. 234863
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, California 94111
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

ROBERT C. LAMAR (Admitted *Pro Hac Vice*)
DAVID W. DAVENPORT (Admitted *Pro Hac Vice*)
LAMAR ARCHER & COFRIN, LLP
50 Hurt Plaza, Suite 900
Atlanta, GA 30303
Telephone: (404) 577-1777
Facsimile: (404) 577-9490

JOHN W. CRONGEYER, M.D. (*Pro Hac Vice* application pending)
BRYAN A. VROON (*Pro Hac Vice* application pending)
VROON & CRONGEYER, LLP
1718 Peachtree Street, Suite 1088
Atlanta, GA 30309
Telephone: (404) 607-6710
Facsimile: (404) 607-6711

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>HOTELS.COM, L.P.; HOTELS.COM GP, LLC; TRIP NETWORK, INC. (d/b/a CHEAP TICKETS, INC.); TRAVELPORT, INC. (f/k/a CENDANT TRAVEL DISTRIBUTION SERVICES GROUP INC.); EXPEDIA, INC.; INTERNETWORK PUBLISHING CORP. (d/b/a/ LODGING. COM); LOWEST FARE.COM INCORPORATED; MAUPINTOUR HOLDING, LLC; ORBITZ, INC.; ORBITZ, LLC; PRICELINE.COM, INCORPORATED; SABRE HOLDINGS | Case No.: C 07-03432 SBA<br><br>**NOTICE OF APPEAL** |

| |
|---|
| CORPORATION; SITE 59.COM, LLC; TRAVELOCITY.COM, INC.; TRAVELOCITY.COM, LP; TRAVELWEBLLC; TRAVELNOW.COM, INC. and DOES 1 THROUGH 1000, INCLUSIVE, |
| Defendants. |

Notice is hereby given that City of Oakland, Plaintiff in the above named case, hereby appeals to the United States Court of Appeal for the 9th Circuit from the District Court's Order on Defendants' Motion to Dismiss Plaintiff's complaint, entered in this action on the 6th day of November, 2007 in favor of Defendants Hotels.com, L.P.; Hotels.com GP, LLC; Trip Network, Inc. (d/b/a Cheap Tickets, Inc.); Travelport, Inc. (f/k/a Cendant Travel Distribution Services Group, Inc.); Expedia, Inc.; Internetwork Publishing Corp. (d/b/a Lodging.com); Lowestfare.com, Inc.; Orbitz, Inc.; Orbitz, LLC; Priceline.com, Inc.; Sabre Holdings Corp.; Site 59.com, LLC; Travelocity.com, Inc.; Travelocity.com, LP; Travelweb LLC; Travelnow.com, Inc.; and unnamed does.[1]

Dated: December 5, 2007

THE STURDEVANT LAW FIRM

LAMAR ARCHER & COFRIN, LLP

VROON & CRONGEYER, LLP

By: _____
Monique Olivier
Attorneys for Plaintiff-Appellant
CITY OF OAKLAND

---

[1] Defendants Hotel.com, GP LLC; Sabre Holdings Corporation; Travelnow.com, Inc.; Travelocity.com, Inc.; Orbitz, Inc. and Travelport, Inc. (f/k/a Cendant Travel Distribution Services Group) were dismissed from this case without prejudice on September 27, 2007 and, therefore, are not parties to this appeal.

NOTICE OF APPEAL
CASE NO. 07-03432 SBA

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action. I am a resident of the State of California and am employed in the County of San Francisco. My business address is The Sturdevant Law Firm, 475 Sansome Street, Suite 1750, San Francisco, California 94111. On **December 5, 2007**, I served a true and correct copy of the document(s) described below on the parties and/or their attorney(s) of record to this action in the manner indicated:

### NOTICE OF APPEAL

[✓] **U.S. MAIL:** I am employed in the county where the mailing occurred. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, such correspondence is deposited with the United States Postal Service in a sealed envelope or package that same day with first-class postage thereon fully prepaid. On the date indicated above, I placed the document(s) listed above in a sealed envelope or package with first-class postage thereon fully prepaid, and placed the envelope or package for collection and mailing today with the United States Postal Service at San Francisco, California addressed as set forth on the attached service list. The address(es) shown on the attached service list is (are) the same as shown on the envelope or package. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit. CCP §§ 1013(a)-(b), 1013a, FRCP § 5(b), FRAP §§ 5(c)-(d).

[ ] **ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept service by electronic transmission ("e-mail"), I transmitted by e-mail the document(s) listed above from this e-mail address, arocha@sturdevantlaw.com, to the e-mail address(es) set forth on the attached service list on this date at approximately **12:30 p.m., on December 5, 2007**. The document(s) listed above was (were) served electronically and the transmission was reported as complete and without error. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I, thereafter, mailed a copy to the same party(ies) by placing true copies of the document(s) in a sealed envelope or package with first-class postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth on the attached service list. The address(es) set forth on the attached service list is (are) the same as shown on the envelope or package. CCP § 1010.6(a)(6), CRC 2060, FRCP § 5(b), N.Dist. Civil L.R. 5-5.

[ ] **OVERNIGHT DELIVERY SERVICE:** I am readily familiar with this firm's practice for the collection and processing of overnight delivery correspondence. In the ordinary course of business, such correspondence is placed in a sealed envelope or package and is deposited with the overnight courier that same day with fees thereon fully prepaid. On this date, I placed the document(s) listed above in a sealed envelope or package designated by the overnight delivery service with delivery fees paid or provided for, for delivery the next business day to the party(ies) as set forth on the attached service list and deposited this package in a box or facility regularly maintained by said overnight delivery service or delivered it to a courier or driver authorized by said overnight delivery service to receive documents. The address(es) set forth on the attached service list is (are) the same as shown on the envelope or package. CCP §§ 1013(c)-(d), N.Dist. Civil L.R. 5-5, FRAP §§ 5(c)-(d).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. 28 U.S.C. § 1746.

Executed on **December 5, 2007**, at San Francisco, California.

*/s/ Amber Rocha*
Amber Rocha

## SERVICE LIST

| ADDRESSEE(S) | PARTY(IES) REPRESENTED |
|---|---|
| Robert C. Lamar (Pro Hac Vice Application Pending)<br>David W. Davenport (Pro Hac Vice Application Pending)<br>Lamar Archer & Cofrin, LLP<br>50 Hurt Plaza, Suite 900<br>Atlanta, GA 30303<br>Telephone: (404) 577-1777<br>Facsimile: (404) 577-9490 | Plaintiffs |
| John W. Crongeyer, M.D. (Pro Hac Vice Application Pending)<br>Bryan A. Vroon (Pro Hac Vice Application Pending)<br>Vroon & Crongeyer, LLP<br>1718 Peachtree Street, Suite 1088<br>Atlanta, GA 30309<br>Telephone: (404) 607-6710<br>Facsimile: (404) 607-671 | Plaintiffs |
| Darrel J. Hieber<br>Daniel M. Rygorsky<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue<br>Los Angeles, CA 90071-3144<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600<br>dhieber@skadden.com<br>drygorsk@skadden.com | Defendants PRICELINE.COM INC., TRAVELWEB LLC and LOWESTFARE.COM INC. |
| Matthew Oster<br>McDermott, Will & Emery LLP<br>2049 Century Park East, 34th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-4110<br>Facsimile: (310) 277-4730<br>moster@mwe.com | Defendants ORBITZ, LLC, TRIP NETWORK, INC. (D/B/A CHEAPTICKETS.COM), INTERNETWORK PUBLISHING CORP. (D/B/A LODGING.COM), TRAVELOCITY.COM, L.P. AND SITE59.COM, LLC |
| Craig E. Stewart<br>Marth A. Boersch<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>cestewart@jonesday.com<br>maboersch@jonesday.com | Defendants EXPEDIA, INC. and HOTELS.COM, L.P. |

| ADDRESSEE(S) | PARTY(IES)REPRESENTED |
|---|---|
| James P. Karen<br>Deborah S. Sloan<br>Emmanuel E. Ubinas<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>jkaren@JonesDay.com<br>dsloan@JonesDay.com | Defendants EXPEDIA, INC. and HOTELS.COM, L.P. |
| Paul E. Chronis<br>Elizabeth B. Herrington<br>Purvi G. Patel<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL 60606<br>Telephone: (312) 372-2000<br>Facsimile: (312) 984-7700<br>pchronis@mwe.com<br>eherrington@mwe.com<br>ppatel@mwe.com | Defendants ORBITZ, LLC, TRIP NETWORK, INC. (D/B/A CHEAPTICKETS.COM), AND INTERNETWORK PUBLISHING CORP. (D/B/A LODGING.COM) |
| Brain S. Stagner<br>J.Chad Arnette<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102<br>brian.stagner@khh.com<br>chad.arnette@khh.com | Defendants TRAVELOCITY.COM, L.P. and SITE59.COM, LLC |
| Stacy S. Russell<br>Kelly Hart & Hallman LLP<br>1000 Louisiana, Suite 4700<br>Houston, TX 77002<br>Telephone: (713) 654-4611<br>srussell@dbllp.com | Defendant TRAVELOCITY.COM, LP |

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001579
Cashier ID: lenahac
Transaction Date: 12/05/2007
Payer Name: The Sturdevant Law Firm

NOTICE OF APPEAL/DOCKETING FEE
 For: City of Oakland
 Case/Party: D-CAN-4-07-CV-003432-001
 Amount:        $455.00

CHECK
 Check/Money Order Num: 1371
 Amt Tendered:  $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```