JAMES C. STURDEVANT, State Bar No. 94551
(jsturdevant@sturdevantlaw.com)
MONIQUE OLIVIER, State Bar No. 190385
(molivier@sturdevantlaw.com)
WHITNEY B. HUSTON, State Bar No. 234863
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, California   94111
Telephone:     (415) 477-2410
Facsimile:     (415) 477-2420

ROBERT C. LAMAR (Admitted *Pro Hac Vice*)
DAVID W. DAVENPORT (Admitted *Pro Hac Vice*)
LAMAR ARCHER & COFRIN, LLP
50 Hurt Plaza, Suite 900
Atlanta, GA   30303
Telephone:     (404) 577-1777
Facsimile:     (404) 577-9490

JOHN W. CRONGEYER, M.D. (*Pro Hac Vice* application pending*)*
BRYAN A. VROON (*Pro Hac Vice* application pending*)*
VROON & CRONGEYER, LLP
1718 Peachtree Street, Suite 1088
Atlanta, GA   30309
Telephone:     (404) 607-6710
Facsimile:     (404) 607-6711

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>         Plaintiff,<br><br>  v.<br><br>HOTELS.COM, L.P., et al.,<br><br>         Defendants. | Case No.:  C 07-03432 SBA<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Complaint Filed:<br>Trial Date:    None<br>The Honorable Saundra B. Armstrong |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that as of January 18, 2008, The Sturdevant Law Firm,

3 attorneys for Plaintiffs in the above-captioned matter, has moved its offices.  Our telephone

4 number and facsimile number remain the same.  The new address is as follows:

5
>The Sturdevant Law Firm
>A Professional Corporation
6 >354 Pine Street, Fourth Floor
>San Francisco, CA 94104
7 >(415) 477-2410 phone
>(415) 477-2420 facsimile
8

9

10  Dated:  January 15, 2008                            Respectfully Submitted,

11
                                                     THE STURDEVANT LAW FIRM
12

13                                                   By:       /s/
                                                     Monique Oliver
14                                                   Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1