UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HOTELS.COM LP, et al.,<br><br>　　　　Defendants. | Case No:  C 07-3432 SBA<br><br>**ORDER IMPLEMENTING NINTH CIRCUIT MANDATE** |

　　　On November 6, 2007, the Court granted Defendants' motion to dismiss and dismissed the action with prejudice.  (Docket 45).  The Ninth Circuit affirmed this Court's ruling but remanded the action "so that the dismissal is without prejudice."  Slip. Op. at 11477.   The Ninth Circuit issued its mandate on September 1, 2009.  Accordingly,

　　　IT IS HEREBY ORDERED THAT the Court's Order of November 6, 2007 (Docket 45) shall be amended at page 14, line 2, such that the phrase "dismissed with prejudice" is amended to state "dismissed without prejudice."  The Clerk shall reopen the file to effect the amendment above, and close the file upon completion thereof.

　　　IT IS SO ORDERED.

Dated: September 9, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge